```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**      :
                                  :
**vs.**                           :   CRIMINAL ACTION NO. 09-00233-KD
                                  :
**GARY LEE WEBB**                 :

### ORDER

A status conference was conducted on December 8, 2009, before the undersigned Magistrate Judge. Participating in the conference were Neil Hanley, counsel for Defendant and Assistant U.S. Attorney Sean Costello, counsel for the Government.

At the conference, Mr. Hanley renewed his request for a continuance. (Docs. 15, 16, 17). According to Mr. Hanley, he represents Mallory Mallon in a complex steroid distribution case, namely Criminal Action No. 08-00327-CG, which is scheduled to be tried in this Court during the January 2010 criminal term, and is expected to last four (4) to six (6) weeks. Mr. Hanley advised that due to the substantial preparation required for the steroid distribution case, he needs additional time in which to ready this case for trial. Mr. Hanley further advised that he has discussed this matter with his client, Defendant Gary Lee Webb, and his client has executed a Waiver of his Speedy Trial Rights. Counsel for the Government advised that the Government does not oppose Defendant's continuance request.

Based upon the representations of counsel, the undersigned

concludes that the ends of justice served by continuing this action outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. §3161(h)(7)(A). Specifically, the undersigned finds that the request to continue this action so that Mr. Hanley will have adequate time in which to prepare a proper defense is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(B)(iv). Accordingly, Defendant's request for a continuance is **GRANTED**. This case is hereby **CONTINUED** to the February 2010 criminal term, with jury selection commencing on February 1, 2010. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Clerk is **DIRECTED** to refer this case to Magistrate Judge Nelson.

DONE this **9th** day of **December, 2009.**

　　　　　　　　　　　　　　　　　　　　　/s/ SONJA F. BIVINS
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**