IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. 09-00233-KD** |
| **v.** | * | |
| | * | |
| **GARY LEE WEBB** | * | |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, On March 17, 2010, the Defendant, **GARY LEE WEBB** entered a plea of guilty to Counts One, Two and Three of the indictment and consented to the forfeiture in Count Four. As a condition of his guilty plea, the defendant, **GARY LEE WEBB** agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in Count Four of the indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 853. Pursuant to the guilty plea, the Defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to the Defendant at any time after the guilty plea and before sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the guilty plea, Defendant, **GARY LEE WEBB**, agreed to and confessed to forfeit the following property:

1. One Seagate Barracuda 120 GB hard disk drive, Serial number 4JT09788;
2. One Samsung 200GB hard disk drive, Serial number S07GJ1UL325034;
   both of the above hard disk drives were removed from:

3. One HP Pavillion A1000 Tower PC, Serial number MXK6160stm;
4. One HP CPU, Serial number US81616417;and
5. One Computer Smiths CPU, Serial number 5382.

**WHEREAS**, The United States properly published notice of the forfeiture of the above described property and the requirements for filing a claim for the property for 30 consecutive days starting March 27, 2010, on www.forfeiture.gov. A Proof of Publication was filed on April 26, 2010, (Doc. 35), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C, § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to The United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

1. One Seagate Barracuda 120 GB hard disk drive, Serial number 4JT09788;
2. One Samsung 200GB hard disk drive, Serial number S07GJ1UL325034;
   both of the above hard disk drives were removed from:
3. One HP Pavillion A1000 Tower PC, Serial number MXK6160stm;
4. One HP CPU, Serial number US81616417;and
5. One Computer Smiths CPU, Serial number 5382.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

DONE AND ORDERED this 2nd day of Sept, 2010.

KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE